BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States of America

**FILED**
OCT 29 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>ALL FUNDS UP TO AND INCLUDING $1,660.00 IN EDUCATION EMPLOYEE CREDIT UNION (EECU) BANK CHECKING ACCOUNT NUMBER 11876882 IN THE NAME OF GHEORGHE BALTAGA (HEREAFTER "EECU ACCOUNT 6882");<br><br>ALL FUNDS UP TO AND INCLUDING $11,640.00 IN BANK OF AMERICA CHECKING ACCOUNT NUMBER 10839-44588 IN THE NAME OF GHEORGHE BALTAGA (HEREAFTER "BOA ACCOUNT 4588");<br><br>ALL FUNDS UP TO AND INCLUDING $4,280.00 IN BANK OF AMERICA CHECKING ACCOUNT NUMBER 10831-60223 IN THE NAME OF ADRIAN BALTAGA (HEREAFTER "BOA ACCOUNT 0223");<br><br>ALL FUNDS UP TO AND INCLUDING $12,060.00 IN WELLS FARGO BANK CHECKING ACCOUNT NUMBER 1405406883 IN THE NAME OF ADRIAN BALTAGA (HEREAFTER "WF ACCOUNT 6883") | Seizure Warrant No.<br><br>**UNDER SEAL**<br>1: 1 3 SW 0 0 0 2 8 5 GSA<br><br>~~PROPOSED~~ ORDER SEALING SEIZURE WARRANT, SEIZURE WARRANT APPLICATION, AND SEIZURE WARRANT AFFIDAVIT<br><br>1: 1 3 SW 0 0 0 2 8 6 GSA<br><br>1: 1 3 SW 0 0 0 2 8 4 GSA<br><br>1: 1 3 SW 0 0 0 2 8 3 GSA |

The United States of America, having applied to this Court for an Order permitting it to file the seizure warrant, seizure warrant application and seizure

1  warrant affidavit in the above-entitled proceeding, together with the concurrently filed
2  Application to Seal, Memorandum, and the accompanying Declaration of Heather
3  Mardel Jones, under seal, and good cause appearing therefore,
4      IT IS HEREBY ORDERED that the seizure warrant, the seizure warrant
5  application, and the seizure warrant affidavit in the above-entitled proceeding, together
6  with the Application To Seal of the United States Attorney and the accompanying
7  Memorandum of Points and Authorities and Declaration of Heather Mardel Jones, shall
8  be filed with the Court in camera, under seal, and shall not be disclosed pending further
9  order of this court.
10     Dated this __28__ day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE