1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

FILED
JAN 07 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>All Funds up to and including $12,060.00 in Wells Fargo Bank checking account number 1405406883 in the name of Adrian Baltaga;<br><br>All funds up to and including $4,280.00 in Bank of America checking account number 10831-60223 in the name of Adrian Baltaga<br><br>All funds up to and including $1,660.00 in Education Employee Credit Union (EECU) Bank checking account number 11876882 in the name of Gheorge Baltaga<br><br>All funds up to and including $11,640.00 in Bank of America checking account number 10839-44588 in the name of Gheorge Baltaga<br><br>                    Defendants. | CASE NO.   1:13-SW-000283 GSA<br>            1:13-SW-000284 GSA<br>            1:13-SW-000285 GSA<br>            1:13-SW-000286 GSA<br><br>ORDER TO UNSEAL SEIZURE WARRANT AFFIDAVIT AND SEIZURE WARRANTS |

The seizure warrants affidavit in this case having been sealed by Order of its Court on October 28, 2013, and it appearing that the affidavit and warrants are now longer required to remain secret based upon the motion submitted by the government,

////

////

1 | IT IS HEREBY ORDERED that the search warrant affidavit and warrants be unsealed and made
2 | public record.
3 |
4 | Dated: January 7, 2014
5 | By: [signature]
  | UNITED STATES MAGISTRATE
6 |
7 |
...
28 |

ORDER TO UNSEAL SEIZURE WARRANT            2
AFFIDAVIT AND SEIZURE WARRANTS